*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:    September 17, 2015              520684
_____

In the Matter of the Claim of
    MARY ANN TANGO,
                 Appellant.
                                    MEMORANDUM AND ORDER

COMMISSIONER OF LABOR,
                 Respondent.
_____

Calendar Date:   August 10, 2015

Before:   Lahtinen, J.P., Egan Jr., Rose and Clark, JJ.

_____

      Mary Ann Tango, New York City, appellant pro se.

      Eric T. Schneiderman, Attorney General, New York City (Bessie Bazile of counsel), for respondent.

_____

      Appeal from a decision of the Unemployment Insurance Appeal Board, filed July 10, 2014, which denied claimant's application for reopening and reconsideration of a prior decision.

      Decision affirmed.   No opinion.

      Lahtinen, J.P., Egan Jr., Rose and Clark, JJ., concur.

ORDERED that the decision is affirmed, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court